# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:06-cr-00210-LDG-LRL |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| TOMMY MUCKLOW, ) | |
| ) | |
| Defendant. ) | |

On August 31, 2011, this Court granted Defense Counsel James Oronoz's oral motion to withdraw as counsel for Tommy Mucklow.

IT IS ORDERED that Jeremy Delicino is appointed as counsel in place of James Oronoz for all future proceedings.

Mr. Oronoz shall forward the file to Mr. Delicino forthwith.

DATED this \_\_7\_\_ day of September, 2011.

Nunc Pro Tunc date September 6, 2011.

_____
UNITED STATES DISTRICT JUDGE