# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:06-cr-00210-LDG (VCF) |
| v. | **ORDER** |
| SHERRIE SHUTT, | |
| Defendant. | |

For good cause shown,

THE COURT **ORDERS** that Defendant Sherrie Shutt's Unopposed Motion to Modify a Condition of Supervised Release (## 1169, 1171) is GRANTED;

THE COURT FURTHER **ORDERS** that the Defendant's Condition of Supervised Release that she is to have no contact with Thomas Hunter is REMOVED.

DATED this 8 day of May, 2012.

_____
Lloyd D. George
United States District Judge